# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| UPSTATE FOREVER and SAVANNAH RIVERKEEPER, <br><br> Plaintiffs, <br><br> v. <br><br> KINDER MORGAN ENERGY PARTNERS, L.P. and PLANTATION PIPE LINE COMPANY, INC. <br><br> Defendants. | Civil Action No. **8:16-CV-04003-HMH** <br><br><br> **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE** |

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.01, Defendants Kinder Morgan Energy Partners, L.P. ("KMEP") and Plantation Pipe Line Company, Inc. ("PPL") (collectively, "Defendants"), by and through the undersigned counsel, hereby move this Court to dismiss the Complaint filed by Plaintiffs Upstate Forever and Savannah Riverkeeper (collectively, "Plaintiffs"), in its entirety. The bases for this motion are set forth in Defendants' supporting brief filed together with this motion.

**WHEREFORE**, for the reasons set forth in the accompanying brief, Defendants respectfully request that this Court dismiss Plaintiffs' Complaint, in its entirety, for lack of subject matter jurisdiction and for failure to state a claim.

Dated:  February 17, 2017                    WOMBLE CARLYLE SANDRIDGE & RICE, LLP

/s Richard E. Morton
Richard E. Morton, SC Fed. Bar No. 5442
3500 One Wells Fargo Center
301 South College Street
Charlotte, NC  28202-6037
Tel:  704-331-4993
Fax:  704-444-9963
rmorton@wcsr.com

Clayton M. Custer, SC Fed Bar No. 8045
550 South Main Street, Suite 400
Greenville, SC  29601
Tel:  864-255-5409
Fax:  864-255-5492
ccuster@wcsr.com

*Attorneys for Defendants Kinder Morgan Energy Partners, L.P. and Plantation Pipe Line Company, Inc.*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 17th day of February, 2017, I electronically filed **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Chris DeScherer
    Southern Environmental Law Center
    463 King Street, Suite B
    Charleston, SC 29403
    E-mail: cdescherer@selcsc.org

    Frank S. Holleman, III
    Southern Environmental Law Center
    601 West Rosemary Street, Suite 220
    Chapel Hill, NC 27516
    E-mail: fholleman@selcnc.org

    *Attorneys for Plaintiffs*

    /s Richard E. Morton
    Richard E. Morton